UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                  24-CR-59

HADI MATAR,

                      Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Superintendent, Chautauqua County Jail,
         Mayville, New York, or his Deputies

         Charles F. Salina, United States Marshal
         Western District of New York, or his Deputies

GREETINGS:

**YOU ARE HEREBY COMMANDED** to produce the body of **HADI MATAR**, now incarcerated in the Chautauqua County Jail, Mayville, New York, before the United States Attorney's Office for the Western District of New York at 2 Niagara Square, Buffalo, New York 14202, on **August 7, 2024,** at **10:00 a.m.** of said day, for a detention hearing and status conference and, thereafter, **HADI MATAR** is to be returned to the Chautauqua County Jail.

DATED: Buffalo, New York, July 24, 2024

                                                                  *Mary C. Loewenguth*
                                                                  MARY C. LOEWENGUTH, CLERK
                                                                  United States District Court
                                                                  Western District of New York

**U.S. MARSHALS RETURN**
**I HAVE PARTIALLY/FINALLY EXECUTED THIS WRIT BY TAKING CUSTODY OF THE WITHIN NAMED PRISONER**

AT _Chautauqua CJ_ ON _8-7-24_

AND DELIVERING _him_ TO _Fed Court Buffalo, NY_ FOR FURTHER TRANSFER TO _Chautauqua CJ_

_C. Salina_
U.S. MARSHAL

BY _[signature]_
DEPUTY U.S. MARSHAL
P/A