IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                          24-CR-59-RJA-JJM

HADI MATAR,

        Defendant

## NOTICE OF MOTION AND MOTION TO SET A DATE FOR TRIAL OR CHANGE OF PLEA

**PLEASE TAKE NOTICE** that the United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Timothy C. Lynch, Assistant United States Attorney, of counsel, hereby moves this Court to set a date for trial or change of plea in this action.

DATED: Buffalo, New York, May 9, 2025.

                                  MICHAEL DIGIACOMO
                                  United States Attorney

        BY:    s/TIMOTHY C. LYNCH
                  Assistant United States Attorney
                  United States Attorney's Office
                  Western District of New York
                  138 Delaware Avenue
                  Buffalo, New York 14202
                  716-843-5846
                  Timothy.Lynch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  24-CR-59-RJA-JJM

HADI MATAR,

        Defendant

---

TIMOTHY C. LYNCH, states, under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney (AUSA) for the Western District of New York and am assigned to prosecute this case, together with AUSA Charles M. Kruly. This affidavit is submitted in support of the government's motion to set a date for trial or a change-of-plea hearing.

2. According to the pretrial scheduling order issued by Magistrate Judge Jeremiah J. McCarthy, the defendant was to file any pretrial motions by May 8, 2025. *See* Dkt. 19. As of today, May 9, 2025, the defendant has filed no motions. Because no motions have been filed, the Speedy Trial Act clock has begun to run as of today's date. The government therefore requests a status conference to schedule a trial or a change-of-plea hearing.

DATED: Buffalo, New York, May 9, 2025.

                                                          s/TIMOTHY C. LYNCH
                                                          Assistant United States Attorney