UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

    v.                                                                  Case No. 24-cr-59

HADI MATAR

_____

APPEARANCE OF COUNSEL

      Andrew D. Brautigam, an attorney licensed by the State of New York and admitted to practice in the Western District of New York, does hereby appear as co-counsel for Hadi Matar in the above-captioned matter.

**DATED: May 9, 2025**                            Respectfully Submitted

                                                                 **/s/ Andrew D. Brautigam**
                                                                  Andrew D. Brautigam, Esq.
                                                                  Brautigam & Brautigam, LLP
                                                                  32 White Street, PO Box 210
                                                                  Fredonia, NY 14063
                                                                   (716) 679-0404, (716) 679-0406 (Fax)
                                                                  andrewbrautigam@brautigamlaw.com
                                                                  *Counsel for Defendant Hadi Matar*

**TO:**   Timothy Lynch, Esq.
         U.S. Attorney's Office
         138 Delaware Ave
         Buffalo, NY 14202