IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

v.                                                              24-CR-59

HADI MATAR,

                    Defendant.

_____

## ORDER DESIGNATING THE CLASSIFIED INFORMATION SECURITY OFFICER

This matter comes before the Court upon the government's Motion to Designate a Classified Information Security Officer.

The Court finds as follows:

1.      That the United States has notified the Court that this case may involve classified information;

2.      That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

3.      That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO"); and

4.      That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.

Therefore, pursuant to Paragraph 2 of the Revised Security Procedures Established under Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated

1

pursuant to Section 9 of the Classified Information Procedures Act, the Court hereby appoints Matthew W. Mullery as the CISO in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

It is further ordered that the Court appoints Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Court Security Officers in the above-captioned matter.

IT IS SO ORDERED.

Date:  June 26, 2025
       Buffalo, New York

HON. RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

2