UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                                              24-CR-59-RJA

HADI MATAR,

          Defendant.
_____

## SPEEDY TRIAL ORDER
November 14, 2025 – December 4, 2025

On October 21, 2025, Assistant United States Attorney Timothy C. Lynch filed a motion on behalf of the government requesting three additional weeks to prepare and file the government's Classified Information Procedures Act (CIPA) Section 4 motion, which is presently due on November 13, 2025. In its motion, the government also moved to exclude Speedy Trial Act time between November 14, 2025, and December 4, 2025. Nathanial Barone, the defendant's attorney, does not oppose the government's motion.

The Court hereby grants the government's motion for an extension of time to file its CIPA Section 4 motion and to exclude Speedy Trial time from and including November 14, 2025, through and including December 4, 2025, as being in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, the Court concludes this matter is complex because it involves classified information. The Court further concludes that the government's interest in examining the

classified information relating to this case and the defendant's interest in potentially obtaining unclassified summaries relevant to his defense outweigh the interests of the public and the defendant in a speedier trial. The Court also determines that the public's interests in conserving resources and expenses relating to a trial and likely appeal and the certainty of conviction obtained through a plea of guilty by defendant, outweigh the public's interest in a speedy trial. Furthermore, the defendant's interest in obtaining the benefit of a lesser sentence which would likely accompany a pretrial disposition of this matter outweighs the interest of the defendant in a speedy trial.

It is therefore **ORDERED** that the government's CIPA Section 4 motion be filed on December 4, 2025.

It is further **ORDERED** that the time in this case from and including November 14, 2025, to and including December 4, 2025, is properly excluded from the time within which the defendant should be tried in accordance with the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further finds that as of December 4, 2025, four days of Speedy Trial Act time will have elapsed in this case and sixty-six days remain in the period within which trial must commence.

DATED:   Buffalo, New York, October 22, 2025

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE