IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>HADI MATAR,<br><br>                Defendant. | 24-CR-59-RJA<br>FILED *EX PARTE, IN CAMERA* UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE |

**GOVERNMENT'S MOTION AND MEMORANDUM OF LAW
FOR A PROTECTIVE ORDER PURSUANT TO
SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
<u>FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)</u>**