IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                                            24-CR-59-A

HADI MATAR,

           Defendant.

_____

## GOVERNMENT'S WITNESS LIST

**THE UNITED STATES OF AMERICA**, through its attorney, Michael DiGiacomo,

United States Attorney for the Western District of New York, Timothy C. Lynch and Charles

M. Kruly, of counsel, hereby submit a list of persons whom the government may call as

witnesses in its case-in-chief, together with a brief summary of each witness's anticipated

testimony[1], as well as their anticipated length of testimony. The government reserves its right

to call witnesses not listed and will advise promptly of its intent to do so. The proposed dates

for, and length of, witness testimony will likely change as this matter proceeds closer to trial.

If these dates or times do change, the government will file an amended witness list.

---

[1] The Government does not anticipate calling or examining every witness named in this list. However, the government respectfully reserves its right to supplement this list by adding additional witnesses and information. Additionally, the summaries provided herein constitute attorney work-product and should not be construed as a complete statement of the potential testimony or as the statement of any of the potential witnesses. As trial preparations will continue until commencement of trial, the government reserves its right to supplement this list with additional witnesses.

In addition, although certain business records witnesses are listed, based on conversations with defense counsel, the government anticipates these witnesses will not be necessary due to stipulations that will be agreed to by the parties. As such, the date and length of these witnesses are not listed because of the expected stipulations. If the parties cannot finalize these stipulations, the government will file an amended witness list, noting the date and length of the testimony of these witnesses.

1.    **CHRISTINE McKAY - 3526**
       **Chautauqua Institute (Chautauqua, New York)**

Ms. McKay is the Executive Producer for the Chautauqua Assembly, which is part of the Chautauqua Institute. Ms. McKay's group is responsible for recording and live streaming the programs that take place in the Amphitheater and in the Hall of Philosophy. Ms. McKay will testify to the events of August 12, 2022 at the Chautauqua Amphitheater when Salman Rushdie was attacked by the defendant. Ms. McKay will authenticate various videos of the attack that her group captured.

Date of testimony:        First day of trial
Length of testimony:      35 minutes on direct examination

2.    **MOAZZAM SHARIF - 3536**
       **Lyft Driver (Buffalo, New York)**

In August 2022, Moazzam Sharif was a Lyft driver. On August 11, 2026, he picked up a customer at the corner of North Division Street and Ellicott Street in the City of Buffalo, near the Greyhound Bus Station. Mr. Sharif described the customer as a young, slim man, with black hair and a backpack. The customer identified himself as "Hassan" and Mr. Sharif drove "Hassan" to an institution near a lake.

2

Date of testimony:          First day of trial
Length of testimony:        20 minutes on direct examination

3.      **JORDAN STEVES - 3541**
        **Chautauqua Institute (Chautauqua, New York)**

Jordan Steves is the Chair of Education for the Chautauqua Institute. In August 2022, Mr. Steves was the Director of Strategic Communications. Mr. Steves was working backstage prior to and during Salman Rushdie's program. Mr. Steves was monitoring the program through video feeds when the defendant attacked Salman Rushdie. Mr. Steves will testify to the attack, the aftermath, his attempt to disrupt the defendant's attack, and his identification of the defendant

Date of testimony:          First day of trial
Length of testimony:        35 minutes on direct examination

4.      **SALMAN RUSHDIE - 3535**
        **(New York, New York)**

Salman Rushdie is expected to testify about his work as an author, including a book he wrote titled *Satanic Verses*. Mr. Rushdie will explain that after *Satanic Verses* was published in 1988, Ayatollah Khamenei of Iran issued a *fatwa* calling for Mr. Rushdie's death. Mr. Rushdie will testify regarding the attack that occurred at the Chautauqua Amphitheater on August 12, 2022, when he was stabbed numerous times. Mr. Rushdie will describe the attack, his injuries, including the permanent vision in his right eye, and his recovery and rehabilitation.

Date of testimony:          First day of trial
Length of testimony:        2 hours on direct examination

**5.    MARK PEREZ - 3532**
**(Kansas City, Kansas)**

Mark Perez, who previously served as a firefighter for 41 years, will testify to his observations while at the Chautauqua Amphitheater when Salman Rushdie was attacked on August 12, 2022. After the attack began, Mr. Perez ran to the stage to intervene. When he arrived onstage, he observed a male in black clothing, holding a knife, who was being held down by other men. Mr. Perez then provided medical assistance to Mr. Rushdie before another person took over for him.

Date of testimony:        First/Second day of trial
Length of testimony:      35 minutes on direct examination

**6.    SERGEANT ZACHARY COLVIN - 3509**
**New York State Police**

On August 12, 2022, Zachary Colvin was a Trooper with the New York State Police. That morning, Sergeant Colvin was assigned to the Chautauqua Amphitheater to provide a visible police presence during Salman Rushdie's program. Sergeant Colvin will testify to his observations of the attack on Salman Rushdie and his response, including taking the defendant into custody on the Amphitheater stage. While searching the defendant, he found loose cash, credit cards, a cell phone, a New Jersey identification card, and a Chautauqua Institute ticket. Sergeant Colvin will also testify regarding statements made to him by the defendant about the defendant's backpack and his New Jersey identification card. He will also authenticate his body-worn camera footage from the attack.

Date of testimony:        Second day of trial
Length of testimony:      1 hour on direct examination

7. **REVEREND JEFFREY STINEHELFER - 3542**
   **(State of Maryland)**

Reverend Stinehelfer will testify to his observations of the attack on Salman Rushdie. He will also testify to receiving a knife from another patron just seconds after the attack and giving that knife to Deborah Moore with the Chautauqua Institute.

|                     |                                       |
|---------------------|---------------------------------------|
| Date of testimony:  | First day of trial                    |
| Length of testimony:| 35 minutes on direct examination      |

8. **DEBORAH MOORE - 3528**
   **Chautauqua Institute (Chautauqua, New York)**

Deborah Moore is the Senior Vice President and Chief Program Officer for the Performing and Visual Arts at the Chautauqua Institute. Ms. Moore will testify to her observations of the attack on Salman Rushdie. She will also testify to taking possession of a knife from Reverend Stinehelfer and providing it to Deputy Beichner.

|                     |                                       |
|---------------------|---------------------------------------|
| Date of testimony:  | Second day of trial (if necessary)    |
| Length of testimony:| 35 minutes on direct examination      |

9. **DEPUTY JASON BEICHNER (K-9 Handler) - 3505**
   **Chautauqua County Sheriff's Department**

Deputy Beichner will testify that on August 12, 2022, he was dispatched to the Chautauqua Amphitheater to deploy his K-9 Jax, who is trained to detect explosives, to conduct a sweep of the Amphitheater. Soon after he arrived, the program involving Salman Rushdie started. Deputy Beichner will testify regarding his observations of the defendant's attack on Salman Rushdie and his interactions with, and observations of, the defendant following the defendant's arrest. Deputy Beichner will also testify regarding his observations of a bloody knife given to him by Deborah Moore.

| Date of testimony: | Second day of trial |
| Length of testimony: | 45 minutes on direct examination |

### 10.    INVESTIGATOR KYLE FOLTS - 3520
### New York State Police

Investigator Kyle Folts handled the crime scene at the Chautauqua Amphitheater on July 1, 2019. He will explain the methods he used to catalogue the evidence, take custody of the evidence, including the bloody knife and the defendant's backpack, which contained another cell phone, and have photographs taken at the scene.

| Date of testimony: | Second day of trial |
| Length of testimony: | 1.5 hours on direct examination |

### 11.    SPECIAL AGENT MARY GARDOCKI
### Federal Bureau of Investigation (Newark, New Jersey)

Special Agent Gardocki will testify regarding a New Jersey state search warrant that was executed on August 13, 2022, at Hadi Matar's residence located in Fairview, New Jersey. Special Agent Gardocki will testify regarding numerous items seized from the residence including photographs, electronic devices, including a laptop, a notebook with Matar's notes, knives, and whetstones.

| Date of testimony: | Second day of trial |
| Length of testimony: | 1.5 hours on direct examination |

### 12.    INVESTIGATOR TRAVIS NAGLE - 3529
### New York State Police

Investigator Nagle is expected to testify regarding the defendant's post-arrest statements, including that he took a Greyhound bus from New York City to Buffalo and that

he was a United States citizen. He will also testify regarding the photographs taken of Matar's clothing prior to being secured as evidence.

| | |
|---|---|
| Date of testimony: | Third day of trial |
| Length of testimony: | 1 hour, 30 minutes on direct examination |

### 13.    INVESTIGATOR DARREN BIALEK
**New York State Police**

Investigator Bialek will testify regarding photographs he took of Matar and Matar's clothing before securing Matar's clothing as evidence.

| | |
|---|---|
| Date of testimony: | Third day of trial (if necessary) |
| Length of testimony: | 30 minutes on direct examination |

### 14.    SENIOR INVESTIGATOR JOSEPH SMITH - 3538
**New York State Police**

Senior Investigator Smith is expected to testify as a chain of custody witness regarding Matar's clothing. He will also testify to obtaining video footage of Hadi Matar inside, and outside of, the downtown Buffalo bus station on August 11, 2022.

| | |
|---|---|
| Date of testimony: | Third day of trial |
| Length of testimony: | 45 minutes on direct examination |

### 15.    MAAN AL-SAHLANI - 3502
**North Bergen, New Jersey**

Maan Al-Sahlani is the Director of the Al-Ghadeer Islamic Center in Norther Bergen, New Jersey. While in that capacity, Sheik Al-Sahlani met Hadi Matar and his family members. Sheik Al-Sahlani is expected to testify that Hadi Matar submitted a "will" to him in September and October 2021 for Al-Sahlani to review. Then, approximately one month before Matar's attack on Salman Rushdie, Matar submitted another will to Al-Sahlani

7

through WhatsApp. Sheik Al-Sahlani will authenticate those messages and discuss the circumstances under which he received Matar's wills.

> Date of testimony:        Third day of trial
> Length of testimony:      30-45 minutes on direct examination

### 16.    DR. MATTHEW LEVITT
### Hizballah Expert (Washington, D.C.)

A summary of Dr. Matthew Levitt's anticipated testimony is set forth in the government's Expert Disclosure filed on April 17, 2026 (ECF No. 68).

> Date of testimony:        Fourth day of trial
> Length of testimony:      1 hour, 30 minutes on direct examination

### 17.    GREGORY BEARD, MD - 3503
### Trauma Surgeon
### University of Pittsburgh Medical Center at Hamot (Erie, Pennsylvania)

Dr. Gregory Beard is expected to testify regarding his medical assessment of Salman Rushdie's condition when he arrived at the University of Pittsburgh Medical Center at Hamot, in Erie Pennsylvania and his treatment of Mr. Rushdie over the following two weeks. Dr. Beard's anticipated testimony is more fully detailed in the government's Expert Disclosure filed on June 16, 2026.

> Date of testimony:        Third day of trial
> Length of testimony:      1 hour, 30 minutes on direct examination

18.    **SPECIAL AGENT DANIEL EDWARDS - 3512**
       **Federal Bureau of Investigation (Salt Lake City, Utah)**

Special Agent Daniel Edwards is the case agent and will testify to his involvement in the investigation of Matar's attack on Salman Rushdie, including obtaining search warrants for Matar's electronic devices and his social media accounts. Special Edwards will also testify about his review of electronic evidence seized from Matar's electronic devices as well as Matar's social media accounts. During his testimony, SA Edwards will authenticate digital and electronic evidence seized from Matar's devices and accounts.

        Date of testimony:        Fourth day of trial
        Length of testimony:     5 hours on direct examination


19.    **ERIC WAGG - 3545**
       **New Jersey Regional Computer Forensics Laboratory**
       **Regional Computer Forensic Laboratory – Retired**

Forensic Examiner Eric Wagg was employed by the New Jersey Division of Criminal Justice, assigned to the New Jersey Regional Computer Forensics Laboratory from June 2005, until he retired on December 31, 2023. Specifically, Wagg examined a Dell Inspiron 15 laptop, model P72F, serial number 19QDNH2, that contained two solid state drives. Together with Digital Forensic Examiner Jason Tomecheck, Wagg performed the digital extraction and copying of data from the solid state drives, that is, a Samsung 1 TB solid state drive and a Western Digital 1 TB solid state drive. The government intends to submit a Rule 902(14) Notice regarding Examiner Rogers's work, which included creating certified data copied from these solid state drives using a reliable digital process.

        Date of testimony:        If necessary
        Length of testimony:     2 hours on direct examination

**20.    NICHOLAS ROGERS - 3534**
**Federal Bureau of Investigation (Tampa Bay, Florida)**
**Formerly with Buffalo Regional Computer Forensic Laboratory**

In the fall of 2022 and early 2023, Nicholas Rogers was employed as a Forensic Examiner at the Regional Computer Forensic Laboratory, located in Buffalo, New York. Rogers is now employed as a Special Agent with the FBI and is assigned to the Tampa Bay Division. When he was a Forensic Examiner, he used forensic tools and/or software to extract data from electronic devices, such as cellular phones. One such tool is Cellebrite, which is a forensic tool used to extract data from an electronic device by way of an electronic process or system that produces an accurate result. Specifically, Cellebrite extracts data from an electronic device by making a duplicate of the data stored on the device. Examiner Rogers extracted data from two cellular telephones seized from Hadi Matar: (1) Samsung Galaxy; and (2) a Nokia. The government intends to submit a Rule 902(14) Notice regarding Examiner Rogers's work, which included creating certified data copied from these cell phones using a reliable digital process.

|  |  |
|---|---|
| Date of testimony: | If necessary |
| Length of testimony: | 1.25 hours on direct examination |

**21.    LYFT REPRESENTATIVE (San Francisco, California)**

Based on preliminary conversations with defense counsel, the parties anticipate a stipulation will be entered relating to several business records.

|  |  |
|---|---|
| Date of testimony: | If necessary |
| Length of testimony: | If necessary |

22.    **GREYHOUND BUS REPRESENTATIVE (Buffalo, New York)**

Based on preliminary conversations with defense counsel, the parties anticipate a stipulation will be entered relating to several business records.

Date of testimony:        If necessary
Length of testimony:      If necessary

23.    **DISCORD REPRESENTATIVE (San Francisco, California)**

Based on preliminary conversations with defense counsel, the parties anticipate a stipulation will be entered relating to several business records.

Date of testimony:        If necessary
Length of testimony:      20 minutes

24.    **MICROSOFT REPRESENTATIVE (Redmond, Washington)**

Based on preliminary conversations with defense counsel, the parties anticipate a stipulation will be entered relating to several business records.

Date of testimony:        If necessary
Length of testimony:      20 minutes

25.    **NFTA REPRESENTATIVE (Buffalo, New York)**

If necessary, a representative from the Niagara Frontier Transportation Authority (NFTA) will testify regarding surveillance videos obtained from the NFTA from August 11, 2022. These videos capture Hadi Matar's movements inside, and outside, of the bus station.

Date of testimony:        If necessary
Length of testimony:      If necessary

DATED:      Buffalo, New York, June 16, 2026.


MICHAEL DIGIACOMO
United States Attorney

BY:   s/ TIMOTHY C. LYNCH              BY:   s/ CHARLES M. KRULY
      Assistant United States Attorney       Assistant United States Attorney
      United States Attorney's Office         United States Attorney's Office
      Western District of New York            Western District of New York
      138 Delaware Avenue                     138 Delaware Avenue
      Buffalo, New York 14202                 Buffalo, New York 14202
      (716) 843-5846                          (716) 843-5838
      Timothy.Lynch@usdoj.gov                 Charles.Kruly@usdoj.gov

12